**Dismissed and Opinion Filed July 1, 2013**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-12-01063-CV

**HERMAN HAYNES, Appellant**
**V.**
**JOHN JONES, FREEMAN FOOD SERVICE OF DALLAS, INC., Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-03731**

### MEMORANDUM OPINION

Before Chief Justice Wright, Justices Lang-Miers and Justice Lewis
Opinion by Chief Justice Wright

The clerk's record in this case is overdue. By letter dated March 11, 2013, we informed appellant that we had been notified by the Dallas County District Clerk that the clerk's record in this case had been prepared but had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide the Court with written verification that he had either paid for or made arrangements to pay for the clerk's record within ten days. We cautioned appellant that if we did not receive the required verification, we might dismiss the appeal without further notice. To date, we have not received the required verification or any correspondence concerning the status of the clerk's record.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

121063F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HERMAN HAYNES, Appellant

No. 05-12-01063-CV       V.

JOHN JONES and FREEMAN FOOD
SERVICE OF DALLAS, INC., Appellees

On Appeal from the 116th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-10-03731.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
It is **ORDERED** that appellees JOHN JONES and  FREEMAN FOOD SERVICE OF
DALLAS, INC. recover their costs of this appeal from appellant HERMAN HAYNES.


Judgment entered July 1, 2013

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

–3–